

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00640-CV

Hien Minh **CAO**,
Appellant

v.

Nhi Ngoc **LE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI21924
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 16, 2025.

_H. Todd McCray_
H. Todd McCray, Justice